## Palguta, John

**From:** kevin@nomold.com
**Sent:** Wednesday, December 10, 2008 3:05 PM
**To:** Palguta, John
**Subject:** RE: Louisiana Tax Credits

Hey John-

Just getting ready to fly up to Chicago. I'll have the additional information sent up to you asap, but as you can imagine, right now our focus is on beating the Bears!

Just to recap some of our previous conversations:
1. 2007 Credits will be available in early January (pricing going to be close to $.92)
2. 2008 Credits we are using are currently at $.80; scheduled to go up in price to market price possibly by next week (.87-.90)
3. The process of applying the credits is simple. Schedule G on the tax forms has an area that you utilize the credits. You attach a certified copy of the credits that will be provided at the end of the return (following Chicago, I'll get a copy to you)

Have a great day, if you have any questions, feel free to call me at (504)427-7030. Also, you can call John McMahon (CPA/tax attorney who helps with this) 504 219-1040. However, he is out of town until tomorrow.

Thanks again

Kevin Houser

EXHIBIT

B

tabbies'

## Palguta, John

**From:** kevin@nomold.com
**Sent:** Friday, December 12, 2008 4:22 PM
**To:** Palguta, John
**Subject:** RE: Louisiana Tax Credits

Assuming that we get everything in on time, yes they will stop the withholdings. I believe that we get paid our last 2008 check next Friday. Normally, Charlene wants everything in by Monday regarding these issues.

I'll need a check from Drew and Archie for 80,000 and 160,000, respectively. The checks should be made payable to "Louisiana Film Studios". I have additional documentation that I will send to them and/or yourself. I will also need addresses and ss#'s, but PLEASE DON'T EMAIL THEM! This will go onto the closing documents and submitted to the state.

Please call if you have any other questions

Kevin Houser
(504)427-7030

> -------- Original Message --------
> Subject: RE: Louisiana Tax Credits
> From: "Palguta, John" <JPalguta@maiwealth.com>
> Date: Fri, December 12, 2008 2:12 pm
> To: <kevin@nomold.com>
>
> Will the Saints stop LA withholding for 2008?
>
> assuming the 2008 credits can be purchased for 80 cents on the dollar, lets do $100,000 of credits for Archie and $200,000 of credits for Drew.
>
> JP
>
> ---
>
> **From:** kevin@nomold.com [mailto:kevin@nomold.com]
> **Sent:** Friday, December 12, 2008 3:58 PM
> **To:** Palguta, John
> **Subject:** RE: Louisiana Tax Credits
>
> Good Afternoon, John;
>
> Unfortunately we had yet another tough one in Chicago. I'm just thawing out and, like my teammates, am very disappointed in the outcome.
>
> Glad to hear that Archie and Drew are taking advantage of the program. Let me know how many/how much each person is looking to purchase.
>
> Also, I have, along with other participants, instructed the Saints to no longer withhold state income tax as we have been allocated 2009 credits that are going to be certified and available in June.
>
> If you have any other questions, please let me know.
>
> Kevin Houser
> (504)427-7030

5/22/2009