UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DREW BREES and DAVID PATTEN | * | CASE NO. 13-4760 |
| Plaintiffs, | * | Judge: HELEN G. BERRIGAN |
| Versus | * | Mag.: DANIEL E. KNOWLES, III |
| KEVIN HOUSER, SECURITIES AMERICA, INC., and AMERICAN INTERNATIONAL SPECIALTIES LINES INSURANCE CO., | * | PLAINTIFFS' WITNESS AND EXHIBIT LIST |
| Defendants | * | |

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Drew Brees and David Patten, who file this Witness and Exhibit List per the Court's scheduling order.

Plaintiffs Drew Brees and David Patten may call the following witnesses at trial of this matter:

1. Drew Brees, Plaintiff;

2. David Patten, Plaintiff;

3. Kevin Houser, Defendant represented by counsel;

4. Michael Mandrella or other Rule 30(b)(6) Representative of Securities America, Inc.;

5. Representative of American International Specialties Lines Insurance Co.;

6. Aaron Kromer, believed to have attempted to purchase Louisiana Tax Credits relating to Louisiana Film Studios, LLC through defendant, Houser;

7. Terry Malone, believed to have attempted to purchase Louisiana Tax Credits relating to Louisiana Film Studios, LLC through defendant, Houser;

8. Kevin Kaesviharn, believed to have attempted to purchase Louisiana Tax Credits relating to Louisiana Film Studios, LLC through defendant, Houser;

9. Lance Moore, believed to have attempted to purchase Louisiana Tax Credits relating to Louisiana Film Studios, LLC through defendant, Houser;

1

10. Patrick Sean Payton, believed to have attempted to purchase Louisiana Tax Credits relating to Louisiana Film Studios, LLC through defendant, Houser;

11. Wayne Reed-Louisiana Film Studio, LLC;

12. John Palguta-MAI Wealth Advisors, LLC.

13. Any person identified in Witness list or discovery responses by any party;

14. Any witness needed to authenticate any exhibit;

15. Any witness permitted by this Court to be designated by any party subsequent to the filing of this witness list; and

16. Any rebuttal witness.

Plaintiffs, Drew Brees and David Patten, may introduce the following exhibits at trial of this matter.

1. Any document produced by Defendants;

2. Any correspondence from (including electronic emails and text messages) from Kevin Houser to any person related to Louisiana Film Tax credits or Louisiana Film Studios;

3. Any documents produced by Plaintiff or any other party in discovery;

4. All records of Louisiana Film Studio, LLC;

5. All records of 47 Construction, LLC relating to Louisiana Film Studios;

6. All insurance policies identified in the Complaint or produced in discovery;

7. All records from Louisiana Economic Development Agency relating to Louisiana Film Studios, LLC;

8. Deposition Transcript of Wayne Reed;

9. Deposition Transcript of Patrick Sean Payton;

10. Deposition Transcript of Jeremy Shockey;

11. Deposition Transcript of Charles Grant;

12. All wire transfer transmittals;

13. All pleadings in these consolidated matters;

14. Depositions transcript of any witness taken in this matter;

15. Any and all documents produced by any party in this litigation;

16. Any exhibit listed by any other party;

17. Any and all documents or other exhibit necessary for impeachment; and

18. Any exhibit that may become subsequently known to the parties.

Respectfully submitted:

*By /s/ DANIEL E. BECNEL, JR.*
Daniel E. Becnel, Jr. (Bar# 2926)
Salvadore Christina, Jr. (Bar#27198)
P.O. Drawer H
Reserve, LA. 70084
Telephone:     (985) 536-1186
Telefax:        (985) 536-6445

***Attorneys for Drew Brees and David Patten***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014 the above and foregoing has been served on all counsel of record by electronic mail and through the Court's CM/ECF system.

*/s/ Salvadore Christina, Jr.*
Salvadore Christina, Jr.